[No. 1391.]

JOE GERROLD v. THE STATE.

STATEMENT OF FACTS—PRACTICE.—A statement of facts authorized by order of the trial court to be filed within ten days after the adjournment of the term cannot be considered for any purpose if it appears that it was filed subsequent to the expiration of such ten days.   And in the absence of a sufficient statement of facts, and bills of exceptions properly raising other questions, this court is called upon to determine nothing more than the sufficiency of the indictment and the correctness of the charge of the court.

APPEAL from the District Court of Dimmitt.   Tried below before the Hon. D. P. Marr.

The conviction was for the theft of three horses, the property of Jones & Co., and the penalty assessed was a term of five years in the penitentiary.

The opinion discloses the case.

No brief for the appellant.

*O. S. Eaton,* for the State.

WHITE, P. J.　This is the second time this case has been presented to us on appeal.　(See *Gerrold* v. *The State*, 11 Texas Ct. App., 219.)　In the record before us we find an order of court that the statement of facts might be made up and filed within ten days after adjournment of the term.　But the record further shows that the court adjourned on the twenty-first of October, and that the statement of facts was not filed until the sixth day of November following, and consequently was not filed in time. Being filed without authority of law, it cannot be considered by us for any purpose, and, there being no bill of exceptions presenting any other matter to be determined, it is only necessary that we should examine and pass upon the sufficiency of the indictment, and the sufficiency of the charge of the court.　No valid objection can be found to either, and as to the charge it commends itself in every particular as a fair, able, comprehensive and admirable exposition of the law applicable to any phase of the case.　The judgment is affirmed.

*Affirmed.*

Opinion delivered January 17, 1883.